Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond #HR-1379; Jeffrey M. Raymond, Kevin DeLyon
Attorneys for the Debtor(s)
-----------------------------------------------------------------

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY CHAPTER 13 CASE NO.: 06-20937 (MBK) |
| IFRAN SHAH, | |
| 2708 Plaza Drive Woodbrige, NJ 07095 xxx-xx-2001 (Ifran Shah) | **ORAL ARGUMENT WAIVED** |
| DEBTOR(S). | |

-----------------------------------------------------------------

<u>**NOTICE OF MOTION TO REOPEN CASE**</u>
<u>**PURSUANT TO CODE SECTION 350(b)**</u>

TO:

Albert Russo, Esq.
1 AAA Drive, Suite 101
Robbinsville, NJ 08691
Chapter 13 Trustee

　　Ifran Shah, debtor(s) in the above-entitled action have filed an Motion with the Court to reopen this case.

　　**<u>You rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney.  If you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

　　If you do not want the court to reopen this case, or if you want the court to consider your views on the motion, then on or before at least seven days before the motion hearing date of **MAY 13, 2014 AT 9:00 A.M.,** you or your attorney must:

　　File with the court a written response, an answer,

explaining your position at:

> Clerk
> United States Bankruptcy Court
> District of New Jersey
> 402 E. State Street
> Trenton, NJ 08608

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Herbert B. Raymond, Esq.
> 7 Glenwood Avenue, 1st Floor
> East Orange, New Jersey 07017
> Attorney for the Debtor(s)

> Albert Russo, Esq.
> 1 AAA Drive, Suite 101
> Robbinsville, NJ 08691
> Chapter 13 Trustee

Attend the hearing scheduled to be held on **MAY 13, 2014 at 9:00 A.M.** in the Clarkson S. Fisher United States Courthouse, 402 E. State St., Courtroom #8, Trenton, New Jersey 08608 before the Honorable Michael B. Kaplan, U.S.B.J.

**TAKE FURTHER NOTICE** that reliance will be made upon the attached Certification.

**TAKE FURTHER NOTICE that answering papers and briefs, if necessary, or a statement that no answering brief is necessary and the basis thereof, shall be filed seven (7) days before the date noticed for argument. This Motion shall be deemed uncontested unless responsive papers are filed within seven (7) days from the date of this Motion and state with particularity the basis for the opposition.**

1   STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH

2  D.N.J. LBR 9013-2

3   This motion requests an Order Reopening this case to Address

4  an Asset.

5   The facts relied on by the Debtor/Petitioner that are set

6  forth in the Debtor's Certification filed in support of the

7  Motion do not present complicated questions of fact or unique

8  questions of law.  Therefore, no brief is necessary for the

9  Court's consideration of this Motion.

10   If you or your attorney do not take these steps, the court

11  may decide that you do not oppose the relief in the motion and

12  may enter an order granting the relief requested by the debtor.

13  Dated: April 19, 2014

14                         /S/ HERBERT B. RAYMOND
                          -------------------------------------
15                         HERBERT B. RAYMOND, ESQ.
                          Attorney for the Debtor(s)
16

17

18

19

20

21

22

23

24

25

26

27

28