**ALBERT RUSSO, STANDING CHAPTER 13 TRUSTEE**
CN 4853
Trenton, N.J. 08650-4853
(609) 587-6888
By: Albert Russo

In Re:

**IRFAN SHAH**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY/ TRENTON VICINAGE

CASE NO.:   06-20937 MBK

HEARING DATE:   5/13/14

## TRUSTEE'S OBJECTION TO MOTION TO REOPEN CHAPTER 13 CASE

The Standing Chapter 13 Trustee, Albert Russo, submits his objections to Motion for the reasons set forth below:

1. The Trustee lacks sufficient information to make an informed decision and thus objects. The Debtor has not explained how the Motion to Reopen would benefit the estate. Furthermore, the Debtor has not explained how he intends to amend Schedules B and C.

/s/ *Albert Russo*
Albert Russo
Standing Chapter 13 Trustee
By: David Martin