UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Herbert B. Raymond, Esq.**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711**
**Voice-mail (815) 642-4613**
**Email:<u>bankruptcy123@comcast.net</u>**
**Herbert B. Raymond, Esq.**
**Jeffrey M. Raymond, Esq.**
**Kevin DeLyon, Esq.**
**Attorneys for the Debtor(s)**

Order Filed on 5/27/2014 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

IRFAN SHAH, DEBTOR(S)

Case No.: 06-20937 MBK

Adv. No.:

Hearing Date: 5/20/14 @ 10:00 A.M.

Judge: MICHAEL B. KAPLAN

ORDER REOPENING CASE

    The relief set forth on the following pages two (2) through three (3), is hereby **ORDERED**.

**DATED: 5/27/2014**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Irfan Shah, Debtor(s)
Case no.: 06-20937 MBK
Caption of order: Order Reopening Case
_____

That this matter was brought before the Court upon the Debtor's Motion to Reopen this Case to administer the personal injury action currently pending in the state court before the Middlesex County Superior Court. That the Debtor through his bankruptcy counsel, Herbert B. Raymond, Esq., Kevin DeLyon, Esq., appearing, and Inserra Supermarkets, through counsel, Gold, Albanese & Barletti, LLC., David Pelesko, Esq., appearing, and the Court having been presented with arguments from counsel regarding the reopening of this Chapter 13 bankruptcy case and whether the Debtor is judicially estopped from proceeding with this action, it is Ordered, as follows:

1. That the Debtor's motion be and is hereby granted and this bankruptcy case be and is hereby reopened for the purpose of administering the personal injury action pending in the Middlesex County Superior Court captioned Shah v. Inserra Supermarkets docket number Mid-L-9005-11.

2. That the Debtor is not judicially estopped from pursuing this action in the Superior Court.

3. That the Court has determined that there has not been any evidence of bad faith or intentional wrongdoing on the Debtor's part and that there has been no motive to deceive or affirmatively misrepresent anything as it pertains to the lawsuit referenced in paragraph number one above.

4. That the Debtor shall provide the Chapter 13 Trustee with a copy of the complaint and an letter regarding the nature of

*Approved by Judge Michael Kaplan  May  27, 2014*

Page 3

Debtor: Irfan Shah, Debtor(s)

Case no.: 06-20937 MBK

Caption of order: Order Reopening Case

_____

potential recovery regarding the cause of action within a period of thirty days of entry of this order.

*Approved by Judge Michael Kaplan May 27, 2014*