GOLD, ALBANESE & BARLETTI, LLC
Filing Attorney: Robert Francis Gold, Esq.
Attorney ID#: 022191980
48 South Street
Morristown, New Jersey 07960
973) 326-9099
Attorneys for Inserra Supermarkets,Inc.,t/a ShopRite of Lodi#122

| | |
|---|---|
| IN RE:<br><br>IFRAN SHAH,<br><br>2708 Plaza Drive<br>Woodbrige, NJ 07095 xxx-xx-2001<br>(Ifran Shah) | UNITED STATES BANKRUPTCY COURT,<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO.: 06-20937 (MBK)<br><br>**NOTICE OF APPEAL** |

Inserra Supermarkets, Inc. t/a ShopRite of Lodi #122, an interested party, by and through counsel, and for its Response to Debtor's Motion to Reopen, appeals to the District Court under 28 U.S.C. § 158(a) from the order of the Bankruptcy Judge, Honorable Michael B. Kaplan, entered in this adversary proceeding on Debtor's Motion to Reopen The Bankruptcy on May 27, 2014 following the May 20, 2014 oral argument before his Honor wherein the Court authorized Debtor to reopen the bankruptcy case for the purpose of administering the personal injury action Docketed in the Middlesex County Superior Court as MID-L-9005-11 in which Appellant is a defendant and ordering that Debtor was not judicially estopped from pursuing the forgoing action in the Superior Court and determining that there was no evidence of bad faith or wrongdoing on debtor's part.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

      Appellant, Inserra Supermarkets, Inc. T/A Shoprite Of Lodi #122
      Gold, Albanese & Barletti, LLC
      Filing Attorney: Robert Francis Gold, Esq.
      Attorney ID#: 022191980
      48 South Street
      Morristown, New Jersey 07960
      (973) 326-9099

Appellee, Albert Russo, Chapter 13 Trustee
Office Of Standing Chapter 13 Trustee
1 AAA Drive Suite 101
Robbinsville NJ 08691

Attorneys For Debtor, Herbert B. Raymond, Esq.
7 Glenwood Avenue, 1st Floor
East Orange, New Jersey 07017

Dated: June 2, 2014

GOLD, ALBANESE & BARLETTI, LLC

By: /s/ Robert Francis Gold
ROBERT FRANCIS GOLD, Esq
Appellant, Inserra Supermarkets, Inc. T/A
Shoprite Of Lodi #122
48 South Street
Morristown, New Jersey 07960
(973) 326-9099

**GOLD, ALBANESE & BARLETTI, LLC**
Filing Attorney: Robert Francis Gold, Esq.
Attorney ID#: 022191980
48 South Street
Morristown, New Jersey 07960
973) 326-9099
Attorneys for Defendant, Inserra Supermarkets, Inc., t/a
ShopRite of Lodi #122 (improperly pleaded as Shop Rite of Lodi)

| | |
|---|---|
| IN RE:<br><br>IFRAN SHAH,<br><br>2708 Plaza Drive<br>Woodbrige, NJ 07095<br>xxx-xx-2001 (Ifran Shah)<br><br>    DEBTOR(S). | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CHAPTER 13<br>CASE NO.: 06-20937 (MBK)<br><br>**CERTIFICATION OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served through the Court's ECF system to those parties in interest registered to receive electronic notices for this case, and by regular mail, postage prepaid, this 3th day of June , 2014 to:

Herbert B. Raymond, Esq.
7 Glenwood Avenue, 1st Floor
East Orange, New Jersey 07017
Attorney for the Debtor(s)

Albert Russo, Esq.
1 AAA Drive, Suite 101
Robbinsville, NJ 08691
Chapter 13 Trustee

    GOLD, ALBANESE & BARLETTI, LLC
    Attorneys for Defendant, Inserra Supermarkets,
    Inc., t/a ShopRite of Lodi #122 (improperly pleaded
    as Shop Rite of Lodi).

    By: _____
        ROBERT FRANCIS GOLD

5139569.1