# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| In re: | : | Chapter: | _____ |
|---|---|---|---|
|  | : |  |  |
|  | : | Case Number: | _____ |
|  | : |  |  |
|  | : | Adversary Number: | _____ |
|  | : |  |  |
|  | : | Bankruptcy Judge: | _____ |

## TRANSMITTAL OF PLEADING
## TO DISTRICT COURT

The items indicted below are hereby transmitted to the District Court for the District of New Jersey for processing:

☐    Motion for Leave to Appeal        ☐    Copy of Notice of Appeal

☐    Motion to Withdraw the Reference    ☐    Certification Re Failure to File Designation

Complete the following only if transmitting a Motion for Leave to Appeal:

☐    An appeal has not previously been filed in this case.

☐    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I, _____, Deputy Clerk of the United States District Court for the District of New Jersey, hereby certify that on this _____ day of _____, 20 _____ I received the pleadings noted above.

*Rev. 11/25/02jml*