UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case no.: __06-20937__ |
| Irfan Shah | : | |
| | : | Chapter: __13__ |
| | : | |
| Debtor(s) | : | Adv. No.: _____ |
| | : | |

**CERTIFICATION OF FAILURE TO FILE DESIGNATION OF RECORD**

I, ____Wendy I. Romero____, Deputy Clerk of the United States Bankruptcy Court for the District of New Jersey, do hereby certify that:

On ____6/3/2014____, a Notice of Appeal (copy attached) from the Bankruptcy Court Order or Judgment dated ____5/27/2014____, was filed in the above captioned matter.

Pursuant to the provisions of Bankruptcy Rule 8006 an appellant has 14 days from the date of filing a Notice of Appeal within which to file a Designation of Items to be included in the Record and an Statement of Issues to be presented.

To date, the appellant has failed to file such Designation and Statement or to request an extension of time within which to file same.

I certify that to the best of my knowledge and belief the above statements are true and correct. I also certify that a copy of this Certification has been served on the Appellant, Appellee(s) and U.S. Trustee.

JAMES J. WALDRON, Clerk

Dated: June 19, 2014         BY: Wendy I. Romero

rev.12/1/09